ROBERT E. NICHOLS (SBN 100028)
RICHARD W. COVERT (SBN 34582)
713 Key Route Blvd.
Albany, California 94706
Telephone: (510) 710-7033
renichols01@comcast.net

*Attorneys for Plaintiff,*
*The Lions Club of Albany, California*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE LIONS CLUB OF ALBANY, CALIFORNIA, A** Nonprofit Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**THE CITY OF ALBANY**, a Charter City; and **DOES** 1 through 25;<br><br>**Defendants.** | Case No 4:22-cv-05377 WHO<br><br>**[PROPOSED] ORDER GRANTING MOTON FOR PRELIMINARY INJUNCTION** |

Plaintiffs' Motion for Preliminary Injunction came on for hearing before this Court on November 2, 2022, at 2:00 P.M. After consideration of the briefs and arguments of counsel, the evidence filed in support of and opposition to this motion, the Court finds that Plaintiffs have demonstrated both a likelihood of success on the merits and the possibility of irreparable harm should an injunction not issue. At minimum, this case raises serious questions of constitutional importance, the balance of equities tips sharply in Plaintiffs' favor and preliminary injunction is in the public interest. Accordingly, Plaintiffs are entitled to preliminary injunction to preserve the status quo pending resolution of this case on the merits, and the Court GRANTS Plaintiffs' motion

as follows:

1. The Court hereby preliminarily ENJOINS Defendants City of Albany California and its officers, agents, servants, employees and all persons acting in concert or participation with them from taking, removing, deconstructing, demolishing or otherwise injuring or interfering with the structure known as the Cross on Albany Hill located on the east side of Albany Hill above Taft Street in the City of Albany, pending resolution of the merits of this case or until further order of this Court.

2. This preliminary injunction shall take effect immediately and shall remain in effect pending resolution of the merits of this case or until further order of this Court.

**IT IS SO ORDERED.**

Date: _____          _____
                          Honorable Judge
                          United States District Court Judge