ROBERT E. NICHOLS (SBN 100028)
RICHARD W. COVERT (SBN 34582)
713 Key Route Blvd.
Albany, California 94706
Telephone: (510) 710-7033
renichols01@comcast.net

*Attorneys for Plaintiff,*
*The Lions Club of Albany, California*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE LIONS CLUB OF ALBANY, CALIFORNIA, A** Nonprofit Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**THE CITY OF ALBANY**, a Charter City; and **DOES** 1 through 25;<br><br>**Defendants.** | Case No. 4:22-cv-05377 WHO<br><br>**CERTIFICATIONOF INTERESTED PARTIES** |

"Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/S/ Robert E. Nichols
_____
Robert E. Nichols
Attorney for Plaintiff
Lions Club of Albany California

1

CERTIFICATION OF INTERESTED PARTY                    CASE No. 4:22-cv-05377WHO