United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    LIONS CLUB OF ALBANY,                    Case No.  3:22-cv-05377-WHO
     CALIFORNIA,

8                 Plaintiff,
                                              **REFERRAL FOR PURPOSE OF
9         v.                                  DETERMINING RELATIONSHIP**

10   CITY OF ALBANY,                          Re: Dkt. Nos. 1, 9

11               Defendant.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14   Honorable Judge William Alsup for consideration of whether the case is related to *Lions Club of*

15   *Albany, California, v. City of Albany*, No. C 17-05236-WHA.

16        Pending final determination on relatedness by Judge Alsup, the motion for a preliminary

17   injunction is tentatively reset to be heard on November 16, 2022 at 1:00 p.m. in front of Judge

18   Alsup in Courtroom 12, 19th Floor.

19        **IT IS SO ORDERED.**

20   Dated: October 25, 2022

21                                            

22                                            WILLIAM H. ORRICK
                                              United States District Judge

23

24

25

26

27

28