UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONS CLUB OF ALBANY, CALIFORNIA,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF ALBANY,<br><br>      Defendant. | No. C 22-05377 WHA<br><br>**ORDER RE EX PARTE TRO** |

The Court is in receipt of plaintiff's ex parte motion. By **FRIDAY, MARCH 3 AT NOON**, defendant shall file an opposition. Plaintiff's reply will be **MONDAY, MARCH 6 AT NOON**. A hearing shall take place on **WEDNESDAY, MARCH 8 AT 11 AM**. This is all on the condition that this order and all motion papers be served on defendant no later than **5 PM TODAY**. In the meantime, no relief is granted.

**IT IS SO ORDERED.**

Dated: February 28, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE